

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-20-00405-CR

Barry William **UHR,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7090
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a reply brief is GRANTED. The reply brief is due **no later than January 15, 2021**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court